IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| STELLA BLACK, | ) | C.A. NO.: 3:18-cv-02479-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TO:     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH
CAROLINA; AND ALL PARTIES AND ATTORNEYS OF RECORD:

In accordance with the instruction of the Court, Defendant hereby submits this Notice of

Settlement to notify the Court that the lawsuit has been settled and to request 60 days in which to file

the dismissal.

Dated this <u>3rd</u>  of November, 2020.

WALL TEMPLETON & HALDRUP, P.A.


<u>s/Morgan S. Templeton</u>
Morgan S. Templeton (Fed ID #7187)
Stephanie G. Brown (Fed ID #12343)
145 King Street, Suite 300
Post Office Box 1200
Charleston, South Carolina 29402
(843) 329-9500
Attorneys for Defendant