IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| STELLA BLACK, ) | C.A. No.: 3:18-cv-02479-JMC |
| Plaintiff, ) | |
| -versus- ) | **STIPULATION OF DISMISSAL** |
| SAFECO INSURANCE COMPANY OF AMERICA, ) | |
| Defendants. ) | |

The parties have resolved the above captioned matter and consent to the dismissal with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Therefore, the above captioned matter is dismissed with prejudice as to all claims pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated this __1st__ day of December, 2020.

| WE SO CONSENT: | WE SO CONSENT: |
|---|---|
| MULLEN WYLIE, LLC . | WALL TEMPLETON & HALDRUP, P.A. |
| s/ Andrew J. Toney_____ | s/ Morgan S. Templeton_____ |
| Andrew J. Toney (Fed ID #9562) | Morgan S. Templeton (Fed ID #7187) |
| Post Office Box 5969 | Post Office Box 1200 |
| Hilton Head Island, South Carolina 29938 | Charleston, South Carolina 29402 |
| dtoney@mullenwylie.com | morgan.templeton@WallTempleton.com |
| Attorneys for Plaintiff | Attorneys for Defendant |